UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | |
| ROBERT A. HENDRIX, | ) | Case No. 12-03799 |
| | ) | |
| Debtors. | ) | Honorable Timothy A. Barnes |
| | ) | |
| | ) | Hearing Date: June 24, 2014 |
| | ) | Hearing Time: 10:00 a.m. |

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that on **June 24, 2014 at 10:00 a.m.**, or as soon as counsel may be heard, I shall appear before the Honorable Timothy A. Barnes, in Room 613, or before such other judge as may sitting in her stead, in the Dirksen Federal Courthouse, 219 South Dearborn Street, Chicago, Illinois, and shall then and there present the **TRUSTEE'S APPLICATION FOR AUTHORITY TO EMPLOY SPECIAL COUNSEL,** a copy of which is hereby served upon you.

Ira Bodenstein
Shaw Fishman Glantz & Towbin LLC
321 North Clark Street, Suite 800
Chicago, IL 60654
(312) 541-0151

## CERTIFICATE OF SERVICE

Ira Bodenstein certifies that he caused a true copy of the above and foregoing **Notice** and **Application** to be served upon the attached ECF list and by U.S. Mail, proper postage prepaid, from 321 N. Clark Street, Chicago, Illinois on June 9, 2014.

/s/ Ira Bodenstein

{10036-001 APPL A0376682.DOC}

## Electronic Mail Notice List

The following is the list of **parties** who are currently on the list to receive email notice/service for this case.

- Ira Bodenstein    iratrustee@shawfishman.com, IL29@ecfcbis.com;cowens@shawfishman.com
- Ernesto D Borges    notice@billbusters.com, billbusters@bestclientinc.com;BorgesLawOffices@gmail.com;BillBusters@ecf.inforuptcy.com
- Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
- Martin A. Lear    notice@billbusters.com, billbusters@bestclientinc.com;BillBusters@ecf.inforuptcy.com
- Zeljko Popovic    notice@billbusters.com, Billbusters@bestclientinc.com;BillBusters@ecf.inforuptcy.com

**U.S. Mail**

**Debtor**

Robert A. Hendrix
960 West 64th Street
Apt. #4
LaGrange Highlands, IL  60525

Laura Ginett
Albert C. Lee
Anderson Rasor & Partners
100 South Wacker Drive
Suite 1000
Chicago, IL  60606

Amy L. Garland
Laura J. Young
Kominiarek Bresler Harvick & Gudmunson
33 N. Dearborn Street
Suite 1310
Chicago, IL  60602

Mr. Scott A. Herbert
Cunningham, Meyer & Vedrine
4200 Cantera Drive
Suite 112
Warrenville, IL  60555

Thomas R. Hill
Jordan & Huttenlocker
Dykema Gossett
10 South Wacker Drive
Suite 2300
Chicago, IL  60606

**Unsecured Creditors**

Barclays Bank Delaware
Attn: Bankruptcy
P.O. Box 8801
Wilmington, DE 19899

Cach Lic/Square Two Financial
4340 South Monaco St., 2nd Floor
Denver, CO 80237

DSRM National Bank/Diamond
Shamrock/Vale
P.O. Box 631
Amarillo, TX 79105

First Premier Bank
601 S Minnesota Avenue
Sioux Falls, SD 57104

Hilco Receivables/Equable Ascent Financial
Attn: Bankruptcy
1120 Lake Cook Road Suite B
Buffalo Grove, IL 60089

Hsbc Bank
Attn: Bankruptcy
P.O. Box 5213
Carol Stream, IL 60197

Internal Revenue Service
Mail Stop 5010 CHI
230 S. Dearborn St.
Chicago, IL 60604

Malcom S. Gerald and Associates
332 South Michigan Avenue, Ste. 600
Chicago, IL 60604

Merchants Cr
223 W. Jackson Blvd.
Suite 400
Chicago, IL 60606

Merrick Bk
Attn: Bankruptcy
P.O. Box 23356
Pittsburg, PA 15222

Metro Center for Health
901 McClintock Drive
Suite 202
Burr Ridge, IL 60527

Navy Federal Credit Union
P.O. Box 3700
Merrifield, VA 22119

Portfolio Rc
Attn: Bankruptcy
PO Box 41067
Norfolk, VA 23541

RSHK/BSD
Attn: Citi Centralized Bankruptcy
P.O. Box 20507
Kansas City, MO 64195

Silver Cross Hospital
P.O. Box 100
Joliet, IL 60434

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | |
| ROBERT A. HENDRIX, | ) | Case No. 12-03799 |
| | ) | |
| Debtors. | ) | Honorable Timothy A. Barnes |
| | ) | |
| | ) | Hearing Date: June 24, 2014 |
| | ) | Hearing Time: 10:00 a.m. |

**TRUSTEE'S APPLICATION FOR AUTHORITY
TO EMPLOY SPECIAL COUNSEL**

Pursuant to 11 U.S.C. §§ 327 and 328 and Fed. R. Bankr. P. 2014, Ira Bodenstein, not individually, but as chapter 7 trustee (the "Trustee") for the bankruptcy estate of Robert A. Hendrix (the "Debtor"), hereby applies to this Court for authority to employ W. Jason Gatzulis and the Law Office of W. Jason Gatzulis ("Gatzulis") to perform legal services as his special counsel in connection with this chapter 7 case (the "Application"). In support of this Application, the Trustee respectfully states as follows:

**INTRODUCTION**

1. On February 2, 2012, (the "Petition Date"), the Debtors filed a voluntary petition for relief under chapter 7 of title 11, United States Code (the "Bankruptcy Code"), thereby commencing the above-entitled case and creating the Debtor's estate (the "Estate").

2. The Trustee was appointed as the original chapter 7 trustee of the Estate on the Petition Date.

3. On March 25, 2014, an Order was entered reopening the case and Trustee was again appointed as chapter 7 trustee.

{10036-001 APPL A0376682.DOC}

4. On May 10, 2012, the Debtor commenced an action, case number 12 L 5105, against Adventist Hinsdale Hospital, Maninder S. Kohli, M.D., RMLHP Corporation d/b/a RML Specialty Hospital, Richard Letrak, M.D., Collins T. Fitzpatrick, M.D. and Mary Bruno seeking damages for medical malpractice which occurred on or about April 15, 2010 and May 11, 2010 (the "Action"). The Action is pending in the Circuit Court of Cook County, Illinois, Law Division.

5. Prior to the Petition Date, the Debtor had agreed to a contingent fee arrangement with Gatzulis to prosecute or settle the Action in exchange for a fee as provided by Section 2-1114(a) of the Illinois Code of Civil Procedure equal to 33.33% of the first $150,000 recovered, 25% of the next $850,000 recovered and 20% of any amount in excess of $1,000,000 recovered, plus out-of-pocket expenses (the "Agreement"). A copy of the Agreement is attached to the Application as Exhibit A.

6. The Action is property of the Estate pursuant to the provisions of section 541(a) of the Bankruptcy Code. Pursuant to discussions between the Trustee and Gatzulis, the Trustee is informed and believes that the Action will result in the recovery of funds in excess of the applicable $15,000 Illinois personal injury exemption and the attendant legal fees and expenses.

### PROPOSED EMPLOYMENT OF SPECIAL COUNSEL

7. Pursuant to 11 U.S.C. §§ 327 (e) and 328 (a) and Fed. R. Bankr. P. 2014 and subject to court approval, the Trustee proposes to employ Gatzulis as his special counsel to pursue the Action for the benefit of the creditors of the Estate pursuant to the terms of the Agreement.

8. Gatzulis is an experienced attorney and his firm is well qualified to represent the Trustee and the Estate with respect to the Action. The Debtor is prepared to cooperate with Gatzulis and the Trustee in connection with the settlement or prosecution of the Action.

9. Except for their engagement pursuant to the terms of the Agreement, Gatzulis has no connections with the Debtor, the creditors or any other party in interest herein and neither hold nor represent any adverse interest in connection with the matters upon which they are to be employed to the best of the Trustee's knowledge, information and belief.

10. Gatzulis appears to be a "disinterested person" within the scope of 11 U.S.C. § 101(14), and as required pursuant to 11 U.S.C. § 327(e), as set forth in the attached Verified Statement.

11. As set forth in his Verified Statement (attached hereto as Exhibits (B), Gatzulis understands that any and all compensation for legal services rendered on behalf of the Debtors and the Estate shall be subject to further approval of this Court, after notice and hearing on separate application made therefore. Gatzulis further understands that the sole source of such compensation shall be the funds of the Debtor's estate realized through the settlement or prosecution of the Action. No party in interest has agreed to compensate Gatzulis for either legal services rendered or expenses incurred in connection with the Action.

12. As set forth in their Verified Statement, Gatzulis has not entered into any agreement to share such compensation as may be awarded herein except as provided for in the Agreement and as permitted under 11 U.S.C. § 504(b) or the laws of the State of Illinois.

## NOTICE

13. Notice of this Application has been given to the Office of the United States Trustee, the Debtor and his counsel, counsel for the defendants in the Action and all unsecured

creditors according to the Debtor's schedules. There are no other counsel of record in the case. In light of the nature of the relief requested, the Trustee submits that no further notice is required.

WHEREFORE, the Trustee requests that this court enter an order, pursuant to 11 U.S.C. §§ 327 and 328 and Fed. R. Bankr. P. 2014:

A. Authorizing him to employ Gatzulis as his special counsel to perform the professional services set forth in this Application; and

B. Granting such other relief as this court deems proper and just.

Respectfully submitted,

IRA BODENSTEIN, not individually, but as Chapter 7 trustee for the bankruptcy estate of Robert A. Hendrix

Dated: June 9, 2014                    /s/ Ira Bodenstein, Trustee

Ira Bodenstein (#3126857)
Shaw Fishman Glantz & Towbin LLC
321 N. Clark Street, Suite 800
Chicago, IL 60654
(312) 541-0151

{10036-001 APPL A0376682.DOC}                    4