Ira Bodenstein
Shaw Fishman
321 N. Clark St., Ste. 800
Chicago, IL  60654
(312) 666-2861
    Chapter 7 Trustee

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| In re: HENDRIX, ROBERT A | § Case No. 12-03799 |
| | § |
| | § |
| Debtor(s) | § |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on February 02, 2012. The undersigned trustee was appointed on March 27, 2014.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4. The trustee realized the gross receipts of     $            95,000.00

    Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim distribution | 0.00 |
| Administrative expenses | 45,750.00 |
| Bank service fees | 69.62 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 15,000.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of [1]   $ | 34,180.38 |

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (05/1/2011)**

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 08/21/2014 and the deadline for filing governmental claims was 07/31/2012. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $6,956.84. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $6,956.84, for a total compensation of $6,956.84.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $19.70, for total expenses of $19.70.[2]

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 06/13/2016      By: /s/Ira Bodenstein
                            Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 12-03799
**Case Name:** HENDRIX, ROBERT A

**Period Ending:** 06/13/16

**Trustee:** (330129)   Ira Bodenstein
**Filed (f) or Converted (c):** 02/02/12 (f)
**§341(a) Meeting Date:** 03/23/12
**Claims Bar Date:** 08/21/14

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) | | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned OA=§554(a)** | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| **Ref. #** | | | | | | |
| 1 | Checking Account With PNC Bank<br>   Orig. Description: Checking Account With PNC Bank; Imported from Amended Doc#: 20; Exemption: Checking Account With PNC Bank  -  Amount: 32.00 | 32.00 | 0.00 | | 0.00 | FA |
| 2 | Checking Account With Charter One Bank<br>   Orig. Description: Checking Account With Charter One Bank; Imported from Amended Doc#: 20; Exemption: Checking Account With Charter One Bank  -  Amount: 10.00 | 10.00 | 0.00 | | 0.00 | FA |
| 3 | Household Goods<br>   Orig. Description: Household Goods; Imported from Amended Doc#: 20; Exemption: Household Goods  -  Amount: 800.00 | 800.00 | 0.00 | | 0.00 | FA |
| 4 | Personal Used Clothing<br>   Orig. Description: Personal Used Clothing; Imported from Amended Doc#: 20; Exemption: Personal Used Clothing  -  Amount: 300.00 | 300.00 | 0.00 | | 0.00 | FA |
| 5 | 9MM Beretta<br>   Orig. Description: 9MM Beretta; Imported from Amended Doc#: 20; Exemption: 9MM Beretta  -  Amount: 250.00 | 250.00 | 0.00 | | 0.00 | FA |
| 6 | Pension Through Current Employer<br>   Orig. Description: Pension Through Current Employer; Imported from Amended Doc#: 20; Exemption: Pension Through Current Employer  -  Amount: 123000.00 | 123,000.00 | 0.00 | | 0.00 | FA |
| 7 | No Anticipated 2011 Refund Because Debtor Owes I<br>   Orig. Description: No Anticipated 2011 Refund Because Debtor Owes IRS; Imported from Amended Doc#: 20 | 0.00 | 10.00 | | 0.00 | FA |
| 8 | Medical Malpractice Claim  (u)<br>   Orig. Description: Medical Malpractice Claim 12 L 005105, Hendrix v. Adventist Health System et al., Plaintiff's Counsel, William J Gatzulis, 161 N. Clark 60601, Chicago, IL 60601, 312-332-3838; Imported | Unknown | 80,000.00 | | 95,000.00 | FA |

Exhibit A

# Form 1

Page: 2

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 12-03799  **Trustee:** (330129) Ira Bodenstein
**Case Name:** HENDRIX, ROBERT A  **Filed (f) or Converted (c):** 02/02/12 (f)
 **§341(a) Meeting Date:** 03/23/12
**Period Ending:** 06/13/16  **Claims Bar Date:** 08/21/14

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled And Unscheduled (u) Property) Ref. # | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| from Amended Doc#: 20 | | | | | |
| 9  2006 Chevy TrailBlazer LS Sport Utility 4D with Orig. Description: 2006 Chevy TrailBlazer LS Sport Utility 4D with 61,500 Miles Value based on Kelley Blue Book private party value - fair condition; Imported from Amended Doc#: 20; Exemption: 2006 Chevy TrailBlazer LS Sport Utility 4D with  -  Amount: 2400.00; Exemption: 61,500 Miles Value based on Kelley Blue Book private party value - fair condition  -  Amount: 1813.00 | 9,762.00 | 787.00 | | 0.00 | FA |
| 9  Assets  Totals (Excluding unknown values) | **$134,154.00** | **$80,797.00** | | **$95,000.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

 5/10/16 TIN Applied For
 3/08/16-Settlement approved for $95,000...awaiting funds and prepare TFR
 4/20/2015- Awaiting outcome of Medical malpractice case
 6/24/2014- Special counsel retained tp pursue case
 3/25/14- Case reopened to administer undisclosed asset of medical malpractice case

**Initial Projected Date Of Final Report (TFR):**   December 31, 2015  **Current Projected Date Of Final Report (TFR):**   December 31, 2016

Printed: 06/13/2016 03:15 PM    V.13.28

Exhibit B

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 12-03799  
**Case Name:** HENDRIX, ROBERT A  
**Taxpayer ID #:** **-***3828  
**Period Ending:** 06/13/16  

**Trustee:** Ira Bodenstein (330129)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******4266 - Checking Account  
**Blanket Bond:** $5,000,000.00  (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 04/30/16 | {8} | Adventist Health System | Settlement approved 3/8/16 Dkt. # 36 | 1242-000 | 95,000.00 | | 95,000.00 |
| 05/04/16 | 101 | Robert A. Hendrix | Payment of exemption on personal injury settlement | 8100-002 | | 15,000.00 | 80,000.00 |
| 05/04/16 | 102 | W. Jason Gatzulis | Payment of attorney fee approved 3/8/16 Dkt # 36 | 3210-000 | | 23,750.00 | 56,250.00 |
| 05/04/16 | 103 | Trover Solutions agent for | Payment to satisfy medical lien aopproved 3/8/16 Dkt # 36 | 2990-000 | | 22,000.00 | 34,250.00 |
| 05/10/16 | 104 | Elida Espana | Replacement Payroll - 4/10/16<br>Voided: check issued on 05/11/16 | 2300-000 | | -667.27 | 34,917.27 |
| 05/11/16 | 104 | Elida Espana | Replacement Payroll - 4/10/16<br>Voided on 05/10/16 | 2300-000 | | 667.27 | 34,250.00 |
| 05/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 69.62 | 34,180.38 |
| | | | **ACCOUNT TOTALS** | | 95,000.00 | 60,819.62 | **$34,180.38** |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 95,000.00 | 60,819.62 | |
| | | | Less: Payments to Debtors | | | 15,000.00 | |
| | | | **NET Receipts / Disbursements** | | **$95,000.00** | **$45,819.62** | |

| | |
|---|---|
| Net Receipts : | 95,000.00 |
| Less Payments to Debtor : | 15,000.00 |
| Net Estate : | $80,000.00 |

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| Checking # ******4266 | 95,000.00 | 45,819.62 | 34,180.38 |
| | $95,000.00 | $45,819.62 | $34,180.38 |

{} Asset reference(s)

# EXHIBIT C
## ANALYSIS OF CLAIMS REGISTER

**Claims Bar Date:** August 21, 2014

**Case Number:** 12-03799  
**Debtor Name:** HENDRIX, ROBERT A

Page: 1

**Date:** June 13, 2016  
**Time:** 03:16:09 PM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 200 | Ira Bodenstein<br>321 N. Clark St., Ste. 800<br>Chicago, IL 60654 | Admin Ch. 7 | | $19.70 | $0.00 | 19.70 |
| 200 | Ira Bodenstein<br>321 N. Clark St., Ste. 800<br>Chicago, IL 60654 | Admin Ch. 7 | [Updated by Surplus to Debtor Report based on Net Estate Value: 74136.87] | $6,956.84 | $0.00 | 6,956.84 |
| 2P 570 | Internal Revenue Service<br>Mail Stop 5010 CHI<br>230 S. Dearborn St.<br>Chicago, IL 60604 | Priority | | $245.94 | $0.00 | 245.94 |
| 2S 100 | Internal Revenue Service<br>Mail Stop 5010 CHI<br>230 S. Dearborn St.<br>Chicago, IL 60604 | Secured | | $4,213.00 | $0.00 | 4,213.00 |
| 1 610 | Atlas Acquisitions LLC<br>assignee of METRIS<br>294 Union St.<br>Hackensack, NJ 07601 | Unsecured | | $3,648.39 | $0.00 | 3,648.39 |
| 2U 610 | Internal Revenue Service<br>Mail Stop 5010 CHI<br>230 S. Dearborn St.<br>Chicago, IL 60604 | Unsecured | | $5,767.73 | $0.00 | 5,767.73 |
| 3 610 | MERRICK BANK<br>Resurgent Capital Services<br>PO Box 10368<br>Greenville, SC 29603-0368 | Unsecured | | $1,538.04 | $0.00 | 1,538.04 |
| 4 610 | PYOD, LLC its successors and assigns as assignee<br>of Citibank (South Dakota), N.A.<br>Resurgent Capital Services,PO Box 19008<br>Greenville, SC 29602 | Unsecured | | $504.27 | $0.00 | 504.27 |
| 5 610 | Portfolio Recovery Associates, LLC<br>successor to GE MONEY BANK, F.S.B.<br>POB 41067<br>Norfolk, VA 23541 | Unsecured | | $4,616.73 | $0.00 | 4,616.73 |
| 6 610 | Portfolio Recovery Associates, LLC<br>successor to CAPITAL ONE, NATIONAL ASSOC<br>POB 41067<br>Norfolk, VA 23541 | Unsecured | | $691.20 | $0.00 | 691.20 |
| 1I 640 | Atlas Acquisitions LLC<br>assignee of METRIS<br>294 Union St.<br>Hackensack, NJ 07601 | Unsecured | | $19.84 | $0.00 | 19.84 |
| 3I 640 | MERRICK BANK<br>Resurgent Capital Services<br>PO Box 10368<br>Greenville, SC 29603-0368 | Unsecured | | $8.36 | $0.00 | 8.36 |

# E X H I B I T  C
## ANALYSIS OF CLAIMS REGISTER

**Claims Bar Date:** August 21, 2014

**Case Number:** 12-03799  
**Debtor Name:** HENDRIX, ROBERT A

Page: 2

**Date:** June 13, 2016  
**Time:** 03:16:09 PM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 4I 640 | PYOD, LLC its successors and assigns as assignee of Citibank (South Dakota), N.A. Resurgent Capital Services, PO Box 19008 Greenville, SC 29602 | Unsecured | | $2.74 | $0.00 | 2.74 |
| 5I 640 | Portfolio Recovery Associates, LLC successor to GE MONEY BANK, F.S.B. POB 41067 Norfolk, VA 23541 | Unsecured | | $25.10 | $0.00 | 25.10 |
| 6I 640 | Portfolio Recovery Associates, LLC successor to CAPITAL ONE, NATIONAL ASSOC POB 41067 Norfolk, VA 23541 | Unsecured | | $3.76 | $0.00 | 3.76 |
| 2PI 640 | Internal Revenue Service Mail Stop 5010 CHI 230 S. Dearborn St. Chicago, IL 60604 | Unsecured | | $1.34 | $0.00 | 1.34 |
| 2SI 640 | Internal Revenue Service Mail Stop 5010 CHI 230 S. Dearborn St. Chicago, IL 60604 | Unsecured | | $22.91 | $0.00 | 22.91 |
| 2UI 640 | Internal Revenue Service Mail Stop 5010 CHI 230 S. Dearborn St. Chicago, IL 60604 | Unsecured | | $31.36 | $0.00 | 31.36 |
| SURPLUS 650 | HENDRIX, ROBERT A 960 W. 64TH ST. APT. #4 LA GRANGE HIGHLANDS, IL 60525 | Unsecured | | $5,863.13 | $0.00 | 5,863.13 |
| **<< Totals >>** | | | | 34,180.38 | 0.00 | 34,180.38 |

**TRUSTEE'S PROPOSED DISTRIBUTION**                                Exhibit D

Case No.: 12-03799
Case Name: HENDRIX, ROBERT A
Trustee Name: Ira Bodenstein

**Balance on hand:**                                $         34,180.38

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 2S | Internal Revenue Service | 4,213.00 | 4,213.00 | 0.00 | 4,213.00 |

Total to be paid to secured creditors:   $    4,213.00
Remaining balance:                        $   29,967.38

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - Ira Bodenstein | 6,956.84 | 0.00 | 6,956.84 |
| Trustee, Expenses - Ira Bodenstein | 19.70 | 0.00 | 19.70 |

Total to be paid for chapter 7 administration expenses:   $    6,976.54
Remaining balance:                                         $   22,990.84

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses:   $    0.00
Remaining balance:                                             $   22,990.84

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $245.94 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 2P | Internal Revenue Service | 245.94 | 0.00 | 245.94 |

Total to be paid for priority claims:   $     245.94
Remaining balance:                       $   22,744.90

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

**UST Form 101-7-TFR (05/1/2011)**

Timely claims of general (unsecured) creditors totaling $ 16,766.36 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Atlas Acquisitions LLC | 3,648.39 | 0.00 | 3,648.39 |
| 2U | Internal Revenue Service | 5,767.73 | 0.00 | 5,767.73 |
| 3 | MERRICK BANK | 1,538.04 | 0.00 | 1,538.04 |
| 4 | PYOD, LLC its successors and assigns as assignee | 504.27 | 0.00 | 504.27 |
| 5 | Portfolio Recovery Associates, LLC | 4,616.73 | 0.00 | 4,616.73 |
| 6 | Portfolio Recovery Associates, LLC | 691.20 | 0.00 | 691.20 |

Total to be paid for timely general unsecured claims: $ 16,766.36
Remaining balance: $ 5,978.54

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 5,978.54

**UST Form 101-7-TFR (05/1/2011)**

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: **$** 0.00
Remaining balance: $ 5,978.54

To the extent funds remain after payment in full of all allowed claims, interest will be paid at the legal rate of 0.1% pursuant to 11 U.S.C. § 726(a)(5). Funds available for interest are $115.41. The amounts proposed for payment to each claimant, listed above, shall be increased to include the applicable interest.

The amount of surplus returned to the debtor after payment of all claims and interest is $ 5,863.13.

**UST Form 101-7-TFR (05/1/2011)**