## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

In re: HENDRIX, ROBERT A                    § Case No. 12-03799
                                            §
                                            §
Debtor(s)                                   §

### CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

   Ira Bodenstein, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

   1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

   2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: $134,154.00                Assets Exempt: $143,605.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $21,340.71     Claims Discharged
                                                Without Payment: $0.00

Total Expenses of Administration: $52,796.16

---

   3) Total gross receipts of $ 95,000.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 20,863.13 (see **Exhibit 2**), yielded net receipts of $74,136.87 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $4,213.00 | $4,213.00 | $4,213.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 52,796.16 | 52,796.16 | 52,796.16 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 245.94 | 245.94 | 245.94 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 0.00 | 16,881.77 | 16,881.77 | 16,881.77 |
| **TOTAL DISBURSEMENTS** | $0.00 | $74,136.87 | $74,136.87 | $74,136.87 |

4) This case was originally filed under Chapter 7 on February 02, 2012. The case was pending for 56 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 09/17/2016          By: /s/Ira Bodenstein
                                Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Medical Malpractice Claim | 1242-000 | 95,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$95,000.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Robert A. Hendrix | Payment of exemption on personal injury settlement | 8100-002 | 15,000.00 |
| HENDRIX, ROBERT A | Dividend paid 100.00% on $5,863.13; Claim# SURPLUS; Filed: $5,863.13; Reference: | 8200-002 | 5,863.13 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$20,863.13** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2S | Internal Revenue Service | 4110-000 | N/A | 4,213.00 | 4,213.00 | 4,213.00 |
| **TOTAL SECURED CLAIMS** | | | **$0.00** | **$4,213.00** | **$4,213.00** | **$4,213.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Ira Bodenstein | 2100-000 | N/A | 6,956.84 | 6,956.84 | 6,956.84 |
| Ira Bodenstein | 2200-000 | N/A | 19.70 | 19.70 | 19.70 |

**UST Form 101-7-TDR (10/1/2010)**

| Payee | Code | Scheduled | Asserted | Allowed | Paid |
|---|---|---|---|---|---|
| W. Jason Gatzulis | 3210-000 | N/A | 23,750.00 | 23,750.00 | 23,750.00 |
| Trover Solutions agent for | 2990-000 | N/A | 22,000.00 | 22,000.00 | 22,000.00 |
| Rabobank, N.A. | 2600-000 | N/A | 69.62 | 69.62 | 69.62 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $52,796.16 | $52,796.16 | $52,796.16 |

### EXHIBIT 5 –PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

### EXHIBIT 6 –PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2P | Internal Revenue Service | 5800-000 | N/A | 245.94 | 245.94 | 245.94 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $245.94 | $245.94 | $245.94 |

### EXHIBIT 7 –GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Atlas Acquisitions LLC | 7100-000 | N/A | 3,648.39 | 3,648.39 | 3,648.39 |
| 1I | Atlas Acquisitions LLC | 7990-000 | N/A | 19.84 | 19.84 | 19.84 |
| 2U | Internal Revenue Service | 7100-000 | N/A | 5,767.73 | 5,767.73 | 5,767.73 |
| 3 | MERRICK BANK | 7100-000 | N/A | 1,538.04 | 1,538.04 | 1,538.04 |
| 3I | MERRICK BANK | 7990-000 | N/A | 8.36 | 8.36 | 8.36 |
| 4 | PYOD, LLC its successors and assigns as assignee | 7100-000 | N/A | 504.27 | 504.27 | 504.27 |
| 4I | PYOD, LLC its successors and assigns as assignee | 7990-000 | N/A | 2.74 | 2.74 | 2.74 |
| 5 | Portfolio Recovery Associates, LLC | 7100-000 | N/A | 4,616.73 | 4,616.73 | 4,616.73 |
| 5I | Portfolio Recovery Associates, LLC | 7990-000 | N/A | 25.10 | 25.10 | 25.10 |
| 6 | Portfolio Recovery Associates, LLC | 7100-000 | N/A | 691.20 | 691.20 | 691.20 |
| 6I | Portfolio Recovery Associates, LLC | 7990-000 | N/A | 3.76 | 3.76 | 3.76 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| 2PI | Internal Revenue Service | 7990-000 | N/A | 1.34 | 1.34 | 1.34 |
| 2SI | Internal Revenue Service | 7990-000 | N/A | 22.91 | 22.91 | 22.91 |
| 2UI | Internal Revenue Service | 7990-000 | N/A | 31.36 | 31.36 | 31.36 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $0.00 | $16,881.77 | $16,881.77 | $16,881.77 |

**UST Form 101-7-TDR (10/1/2010)**

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 12-03799  
**Case Name:** HENDRIX, ROBERT A  

**Period Ending:** 09/17/16

**Trustee:** (330129) Ira Bodenstein  
**Filed (f) or Converted (c):** 02/02/12 (f)  
**§341(a) Meeting Date:** 03/23/12  
**Claims Bar Date:** 08/21/14

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) **Ref. #** | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 1   Checking Account With PNC Bank<br>   Orig. Description: Checking Account With PNC Bank; Imported from Amended Doc#: 20; Exemption: Checking Account With PNC Bank  -  Amount: 32.00 | 32.00 | 0.00 | | 0.00 | FA |
| 2   Checking Account With Charter One Bank<br>   Orig. Description: Checking Account With Charter One Bank; Imported from Amended Doc#: 20; Exemption: Checking Account With Charter One Bank  -  Amount: 10.00 | 10.00 | 0.00 | | 0.00 | FA |
| 3   Household Goods<br>   Orig. Description: Household Goods; Imported from Amended Doc#: 20; Exemption: Household Goods  -  Amount: 800.00 | 800.00 | 0.00 | | 0.00 | FA |
| 4   Personal Used Clothing<br>   Orig. Description: Personal Used Clothing; Imported from Amended Doc#: 20; Exemption: Personal Used Clothing  -  Amount: 300.00 | 300.00 | 0.00 | | 0.00 | FA |
| 5   9MM Beretta<br>   Orig. Description: 9MM Beretta; Imported from Amended Doc#: 20; Exemption: 9MM Beretta  -  Amount: 250.00 | 250.00 | 0.00 | | 0.00 | FA |
| 6   Pension Through Current Employer<br>   Orig. Description: Pension Through Current Employer; Imported from Amended Doc#: 20; Exemption: Pension Through Current Employer  -  Amount: 123000.00 | 123,000.00 | 0.00 | | 0.00 | FA |
| 7   No Anticipated 2011 Refund Because Debtor Owes I<br>   Orig. Description: No Anticipated 2011 Refund Because Debtor Owes IRS; Imported from Amended Doc#: 20 | 0.00 | 10.00 | | 0.00 | FA |
| 8   Medical Malpractice Claim  (u)<br>   Orig. Description: Medical Malpractice Claim 12 L 005105, Hendrix v. Adventist Health System et al., Plaintiff's Counsel, William J Gatzulis, 161 N. Clark 60601, Chicago, IL 60601, 312-332-3838; Imported | Unknown | 80,000.00 | | 95,000.00 | FA |

Page: 2

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 12-03799    **Trustee:** (330129)    Ira Bodenstein
**Case Name:** HENDRIX, ROBERT A    **Filed (f) or Converted (c):** 02/02/12 (f)
**§341(a) Meeting Date:** 03/23/12
**Period Ending:** 09/17/16    **Claims Bar Date:** 08/21/14

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| from Amended Doc#: 20 | | | | | |
| 9  2006 Chevy TrailBlazer LS Sport Utility 4D with Orig. Description: 2006 Chevy TrailBlazer LS Sport Utility 4D with 61,500 Miles Value based on Kelley Blue Book private party value - fair condition; Imported from Amended Doc#: 20; Exemption: 2006 Chevy TrailBlazer LS Sport Utility 4D with  -  Amount: 2400.00; Exemption: 61,500 Miles Value based on Kelley Blue Book private party value - fair condition  -  Amount: 1813.00 | 9,762.00 | 787.00 | | 0.00 | FA |
| **9    Assets    Totals** (Excluding unknown values) | **$134,154.00** | **$80,797.00** | | **$95,000.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

5/10/16 TIN Applied For

3/08/16-Settlement approved for $95,000...awaiting funds and prepare TFR

4/20/2015- Awaiting outcome of Medical malpractice case

6/24/2014- Special counsel retained tp pursue case

3/25/14- Case reopened to administer undisclosed asset of medical malpractice case

**Initial Projected Date Of Final Report (TFR):**    December 31, 2015    **Current Projected Date Of Final Report (TFR):**    July 7, 2016  (Actual)

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 12-03799  
**Case Name:** HENDRIX, ROBERT A  

**Taxpayer ID #:** **-***3828  
**Period Ending:** 09/17/16  

**Trustee:** Ira Bodenstein (330129)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******4266 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 04/30/16 | {8} | Adventist Health System | Settlement approved 3/8/16 Dkt. # 36 | 1242-000 | 95,000.00 | | 95,000.00 |
| 05/04/16 | 101 | Robert A. Hendrix | Payment of exemption on personal injury settlement | 8100-002 | | 15,000.00 | 80,000.00 |
| 05/04/16 | 102 | W. Jason Gatzulis | Payment of attorney fee approved 3/8/16 Dkt # 36 | 3210-000 | | 23,750.00 | 56,250.00 |
| 05/04/16 | 103 | Trover Solutions agent for | Payment to satisfy medical lien aopproved 3/8/16 Dkt # 36 | 2990-000 | | 22,000.00 | 34,250.00 |
| 05/10/16 | 104 | Elida Espana | Replacement Payroll - 4/10/16 Voided: check issued on 05/11/16 | 2300-000 | | -667.27 | 34,917.27 |
| 05/11/16 | 104 | Elida Espana | Replacement Payroll - 4/10/16 Voided on 05/10/16 | 2300-000 | | 667.27 | 34,250.00 |
| 05/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 69.62 | 34,180.38 |
| 08/05/16 | 105 | Internal Revenue Service | Dividend paid 100.00% on $4,213.00; Claim# 2S; Filed: $4,213.00; Reference: | 4110-000 | | 4,213.00 | 29,967.38 |
| 08/05/16 | 106 | Ira Bodenstein | Dividend paid 100.00% on $19.70, Trustee Expenses; Reference: | 2200-000 | | 19.70 | 29,947.68 |
| 08/05/16 | 107 | Ira Bodenstein | Dividend paid 100.00% on $6,956.84, Trustee Compensation; Reference: | 2100-000 | | 6,956.84 | 22,990.84 |
| 08/05/16 | 108 | Internal Revenue Service | Dividend paid 100.00% on $245.94; Claim# 2P; Filed: $245.94; Reference: | 5800-000 | | 245.94 | 22,744.90 |
| 08/05/16 | 109 | Atlas Acquisitions LLC | Dividend paid 100.00% on $3,648.39; Claim# 1; Filed: $3,648.39; Reference: | 7100-000 | | 3,648.39 | 19,096.51 |
| 08/05/16 | 110 | Internal Revenue Service | Dividend paid 100.00% on $5,767.73; Claim# 2U; Filed: $5,767.73; Reference: | 7100-000 | | 5,767.73 | 13,328.78 |
| 08/05/16 | 111 | MERRICK BANK | Dividend paid 100.00% on $1,538.04; Claim# 3; Filed: $1,538.04; Reference: | 7100-000 | | 1,538.04 | 11,790.74 |
| 08/05/16 | 112 | PYOD, LLC its successors and assigns as assignee | Dividend paid 100.00% on $504.27; Claim# 4; Filed: $504.27; Reference: | 7100-000 | | 504.27 | 11,286.47 |
| 08/05/16 | 113 | Portfolio Recovery Associates, LLC | Dividend paid 100.00% on $4,616.73; Claim# 5; Filed: $4,616.73; Reference: | 7100-000 | | 4,616.73 | 6,669.74 |
| 08/05/16 | 114 | Portfolio Recovery Associates, LLC | Dividend paid 100.00% on $691.20; Claim# 6; Filed: $691.20; Reference: | 7100-000 | | 691.20 | 5,978.54 |
| 08/05/16 | 115 | Atlas Acquisitions LLC | Dividend paid 100.00% on $19.84; Claim# 1I; Filed: $19.84; Reference: | 7990-000 | | 19.84 | 5,958.70 |
| 08/05/16 | 116 | MERRICK BANK | Dividend paid 100.00% on $8.36; Claim# 3I; Filed: $8.36; Reference: | 7990-000 | | 8.36 | 5,950.34 |
| 08/05/16 | 117 | PYOD, LLC its successors and assigns as assignee | Dividend paid 100.00% on $2.74; Claim# 4I; Filed: $2.74; Reference: | 7990-000 | | 2.74 | 5,947.60 |

Subtotals : $95,000.00 $89,052.40

{} Asset reference(s)

Printed: 09/17/2016 01:53 PM V.13.28

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

| **Case Number:** | 12-03799 | | **Trustee:** | Ira Bodenstein (330129) |
|---|---|---|---|---|
| **Case Name:** | HENDRIX, ROBERT A | | **Bank Name:** | Rabobank, N.A. |
| | | | **Account:** | ******4266 - Checking Account |
| **Taxpayer ID #:** | **-***3828 | | **Blanket Bond:** | $5,000,000.00 (per case limit) |
| **Period Ending:** | 09/17/16 | | **Separate Bond:** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 08/05/16 | 118 | Portfolio Recovery Associates, LLC | Dividend paid 100.00% on $25.10; Claim# 5I; Filed: $25.10; Reference: | 7990-000 | | 25.10 | 5,922.50 |
| 08/05/16 | 119 | Portfolio Recovery Associates, LLC | Dividend paid 100.00% on $3.76; Claim# 6I; Filed: $3.76; Reference: | 7990-000 | | 3.76 | 5,918.74 |
| 08/05/16 | 120 | Internal Revenue Service | Dividend paid 100.00% on $1.34; Claim# 2PI; Filed: $1.34; Reference: | 7990-000 | | 1.34 | 5,917.40 |
| 08/05/16 | 121 | Internal Revenue Service | Dividend paid 100.00% on $22.91; Claim# 2SI; Filed: $22.91; Reference: | 7990-000 | | 22.91 | 5,894.49 |
| 08/05/16 | 122 | Internal Revenue Service | Dividend paid 100.00% on $31.36; Claim# 2UI; Filed: $31.36; Reference: | 7990-000 | | 31.36 | 5,863.13 |
| 08/05/16 | 123 | HENDRIX, ROBERT A | Dividend paid 100.00% on $5,863.13; Claim# SURPLUS; Filed: $5,863.13; Reference: | 8200-002 | | 5,863.13 | 0.00 |

| | | | | | |
|---|---|---|---|---|---|
| | | **ACCOUNT TOTALS** | | 95,000.00 | 95,000.00 | $0.00 |
| | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | **Subtotal** | | 95,000.00 | 95,000.00 | |
| | | Less: Payments to Debtors | | | 20,863.13 | |
| | | **NET Receipts / Disbursements** | | **$95,000.00** | **$74,136.87** | |

| Net Receipts : | 95,000.00 |
|---|---|
| Less Payments to Debtor : | 20,863.13 |
| Net Estate : | $74,136.87 |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **Checking # ******4266** | 95,000.00 | 74,136.87 | 0.00 |
| | **$95,000.00** | **$74,136.87** | **$0.00** |

{} Asset reference(s)